## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GLUE WILKINS, | : | No. 85 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| 12TH JUDICIAL DISTRICT AND HON. | : | |
| RICHARD A. LEWIS, PRESIDENT | : | |
| JUDGE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of August, 2016, the Application for Leave to File Original Process is **GRANTED**, and the "King's Bench Motion - PCRA" is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.